## Central National Bank, Trustee Under Trust Number 811, Appellee, v. Bernard E. Paset, Appellant.

### Gen. No. 45,611.

Archie Schimberg, for appellant; Robert Liberman, of counsel; Irving Goodman, and John M. McIntyre, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed May 5, 1952; released for publication June 9, 1952.

## Columbia Lithographic Company, Inc., Appellee, v. Cook Chocolate Company, Appellant.

### Gen. No. 45,638.

Schwartz & Cooper, for appellant; Rappaport, Clorfene & Rappaport, for appellee; Hamilton Clorfene, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed May 5, 1952; released for publication June 9, 1952.